IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM H. OLIVER                                                                                          PLAINTIFF

   v.                                              No. 2:15-CV-02242

SHERIFF BOYD HICKS, in his
official capacity as Logan County
Sheriff                                                                                                    DEFENDANT

## JUDGMENT

On the 3rd day of October, 2016, this matter came on for trial to a duly selected jury consisting of eight members, the undersigned presiding. At the completion of the trial, the case was submitted to the jury and a unanimous verdict was reached in favor of Defendant, Sheriff Boyd Hicks, in his official capacity as Logan County Sheriff (Doc. 20).

The verdict form was signed and dated by the jury foreperson. In accordance with the verdict, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff takes nothing on his Complaint and the matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED AND ADJUDGED this 4th day of October, 2016.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE